1   Tanya E. Moore, Esq. SBN 206683
    MOORE LAW FIRM, P.C.
2   332 N. Second Street
    San Jose, CA  95112
3   Telephone (408) 271-6600
    Facsimile (408) 298-6046
4
    Attorneys for Plaintiff
5   Jesus Sosa

6

7

8

9               UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11  JESUS SOSA,                    )   No.  1:10-CV-01446-LJO-GSA
                                   )
12            Plaintiff,           )   STIPULATION FOR CONTINUANCES;
                                   )   ORDER
13       vs.                       )
                                   )
14  GIL RUBIO, et al.,             )
                                   )
15            Defendants.          )
                                   )
16                                 )
                                   )
17  _____)

18       **WHEREAS**, there is a hearing set on Plaintiff's Motion for Default Judgment currently

19  set for January 7, 2011 at 9:30 a.m. before the Honorable Gary S. Austin;

20       **WHEREAS**, there is a hearing set on Defendant's Motion to Set Aside Default currently

21  set for February 25, 2011 at 9:30 a.m. before the Honorable Gary S. Austin;

22       **WHEREAS**, there is a Mandatory Scheduling Conference currently set for January 24,

23  2011 at 9:00 a.m.;

24       **WHEREAS,** the parties desire to preserve Court resources and time and to avoid the

25  unnecessary expenditure of attorneys' fees appearing at hearings on related motions currently

26  set for different dates;

27

28

1    **WHEREAS,** the parties desire to have time to resolve the outstanding issues regarding
2    the default and to thereafter address a possible settlement of the matter, which objectives could
3    not be met with the currently scheduled mandatory scheduling conference;

4    **IT IS HEREBY STIPULATED** by and between the parties, through their respective
5    counsel, that the Court continue Plaintiff's Motion for Default Judgment currently set for
6    January 7, 2011 at 9:00 a.m. before the Honorable Gary S. Austin to February 25, 2011 at 9:30
7    a.m.

8    **IT IS FURTHER STIPULATED** that the scheduling conference currently set for
9    January 24, 2011 at 9:00 a.m. be continued to March 14, 2011 at 9:00 a.m. to allow the parties
10   time to resolve the matters to be addressed at the aforementioned hearings on the default.

11
12   Date: January 6, 2011                       MOORE LAW FIRM, P.C.
13
14
15                                               /s/Tanya Moore
                                                 Tanya Moore
16                                               Attorney for Plaintiff
17   Dated: January 5, 2011                      /s/ Steven A. Geringer
18                                               Steven A. Geringer, Attorney for
                                                 Defendants
19
20                                          **ORDER**
21
     The parties having so stipulated,
22
23   **IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Default
24   Judgment currently set for January 7, 2011 at 9:30 a.m. be continued to February 25, 2011 at
     9:30 a.m. in department 10.
25
26   **IT IS FURTHER ORDERED** that the Mandatory Scheduling Conference currently set
27   for January 24, 2011 at 9:00 a.m. be continued to March 14, 2011 at 9:00 a.m.
28

*Sosa v. Rubio, et al.*
Stipulation for Continuances; Order

IT IS SO ORDERED.

Dated:   **January 6, 2011**                                **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE

*Sosa v. Rubio, et al.*
Stipulation for Continuances; Order
                                    Page 3