K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Jesus Sosa

Steven A. Geringer, SBN 107826
123 South I Street
Madera, California 93637
Telephone: (559) 661-1973
Facsimile: (559) 661-1974

Attorneys for Defendants
Gil Rubio and Harpreet Kaur

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GIL RUBIO dba CARNICERIA & TAQUERIA MEXICO; HARPREET KAUR, et al.<br><br>　　　　Defendants. | Case No.: 1:10-CV-01446-LJO-GSA<br><br>**STIPULATION RE JOINT SITE INSPECTION AND CONTINUATION OF SCHEDULING CONFERENCE; ORDER** |

**WHEREAS**, the parties participated in a scheduling conference on June 27, 2011 which was continued to August 22, 2011 in order to provide the parties an opportunity to conduct a joint site inspection of the subject property;

**WHEREAS**, during the June 27, 2011 conference, the Court ordered that plaintiff prepare a proposed order setting the date and time of the joint site inspection;

**WHEREAS,** after diligently working to secure a date, the schedule of the parties is such

*Sosa v. Rubio, et al.*　　　　　　　　　　　1
Stipulation and Order re Site Inspection and
Continuation of Conference

1  that the first available date for the site inspection is after the date set for the scheduling
2  conference.  In order to meaningfully participate in the scheduling conference and to conserve
3  the resources of the Court, the parties would like to have the inspection completed prior to the
4  conference;

5    **IT IS HEREBY STIPULATED** between the parties, by and through their respective
6  counsel, that a joint site inspection take place on August 29, 2011 at 3:00 p.m. at Carniceria &
7  Taqueria Mexico, 222 South Gateway Drive, Madera, California.  All parties and counsel are to
8  be present at the site inspection;

9    **IT IS FURTHER STIPULATED** that the scheduling conference currently set for
10 August 22, 2011 be continued to a date after September 2, 2011 at the Court's convenience.

11 Dated: July 7, 2011                                MOORE LAW FIRM, P.C.

13                                              /s/ Tanya E. Moore
                                                Tanya E. Moore, Esq.
14                                              Attorneys for Plaintiff Jesus Sosa

16                                              /s/ Steven A. Geringer
                                                Steven A. Geringer, Attorney for Defendants
17                                              Gil Rubio and Harpreet Kaur

### ORDER

20   The Parties having so stipulated and good cause appearing therefore,

21   **IT IS HEREBY ORDERED** that a joint site inspection of the subject property take
22 place on August 22, 2011 at 3:00 p.m. and that all parties and counsel be present.

23   **IT IS FURTHER ORDERED** that the scheduling conference currently set for August
24 22, 2011 be continued to September 7, 2011 at 9:30 a.m. in courtroom 10.  A joint scheduling
25 report shall be filed at least seven (7) days prior to the conference.

28 IT IS SO ORDERED.

*Sosa v. Rubio, et al.*                          2
Stipulation and Order re Site Inspection and
Continuation of Conference

Dated: __**July 7, 2011**__                     _____**/s/ Gary S. Austin**__
                                                UNITED STATES MAGISTRATE JUDGE

*Sosa v. Rubio, et al.*                3
Stipulation and Order re Site Inspection and
Continuation of Conference