1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Jesus Sosa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SOSA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GIL RUBIO dba CARNICERIA & TAQUERIA MEXICO; HARPREET KAUR, et al.,<br><br>　　　　Defendants. | No: 1:10-CV-01446-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa ("Plaintiff") and Defendants Gil Rubio dba Carniceria & Taqueria Mexico and Harpreet Kaur ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants Gil Rubio dba Carniceria & Taqueria Mexico and Harpreet Kaur be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

*Sosa v. Rubio, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

| | |
|---|---|
| Date: February 9, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Anthony Lerma |
| Dated: February 7, 2012 | /s/ Kevin M. Schwin |
| | Kevin M. Schwin |
| | Attorney for Defendants Gil Rubio dba |
| | Carniceria & Taqueria Mexico and |
| | Harpreet Kaur |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Jesus Sosa and Defendants Gil Rubio dba Carniceria & Taqueria Mexico and Harpreet Kaur shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Jesus Sosa and Defendants Gil Rubio dba Carniceria & Taqueria Mexico and Harpreet Kaur, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Gil Rubio dba Carniceria & Taqueria Mexico and Harpreet Kaur are dismissed with prejudice from this action.

The clerk is directed to close this action administratively.

IT IS SO ORDERED.

Dated:   **February 9, 2012**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

*Sosa v. Rubio, et al.*
Stipulation for Dismissal; [Proposed] Order
                              Page 2